IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JACK ALLEN PRICE,                                    CV. 04-417-MO

         Petitioner,               ORDER TO DISMISS

    v.

JEAN HILL,

         Respondent.

MOSMAN, District Judge.

    Plaintiff's Motion for Voluntary Dismissal Without Prejudice (#34) is GRANTED. This case is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this <u>29th</u> day of August, 2005.

                                      /s/ Michael W. Mosman
                                      Michael W. Mosman
                                      United States District Judge